Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Valdosta)
# CRIMINAL DOCKET FOR CASE #: 7:19-cr-00049-HL-TQL-1

Case title: UNITED STATES OF AMERICA v. HANEY

Date Filed: 09/12/2019

Assigned to: US DISTRICT JUDGE HUGH LAWSON
Referred to: US MAGISTRATE JUDGE THOMAS Q LANGSTAFF

### Defendant (1)

**LEO EDWIN HANEY**

| Pending Counts | Disposition |
| --- | --- |
| 18:922(g)(1) and 924(a) Possession of a Firearm by a Convicted Felon (1) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

### Plaintiff

**UNITED STATES OF AMERICA**         represented by **JULIA C BOWEN**
US ATTORNEYS OFFICE
300 MULBERRY ST
MACON, GA 31201
478-621-2631

Email: Julia.C.Bowen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2019 | 1 | **INDICTMENT** as to LEO EDWIN HANEY (1) count(s) 1. (sbd) (Entered: 09/12/2019) |

## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM NO.  7:19-CR-49 |
| v. | : INDICTMENT |
| LEO EDWIN HANEY, | : VIOLATIONS: |
| Defendant. | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

### Possession of a Firearm by a Convicted Felon – 18 U.S.C. § 922(g)(1)

On or about August 16, 2018, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### LEO EDWIN HANEY,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, to wit: one (1) Remington Model 788 Rifle, serial number B6066220; one (1) Remington Woodsmaster shotgun, serial number B7002178; one (1) Winchester Model 190 rifle, serial number B957702; and one (1) Winchester Model 1400 rifle, serial number N586544; said firearm having been shipped and transported in interstate; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## FORFEITURE NOTICE

## 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a) as set forth in Count One of this Indictment, the defendant,

**LEO EDWIN HANEY,**

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offense(s), pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon exercise of due diligence;

    (b)    has been transferred, sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __12__ day of September, AD 2019.

Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 7:19-CR-00049-001 |
| | ) | |
| | ) | |
| | ) | |
| LEO EDWIN HANEY | ) | |
| *Defendant* | | |

U.S. MARSHALS SVC
MIDDLE GEORGIA
2019 SEP 12 PM 4: 16

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LEO EDWIN HANEY                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon


Date:   September 12, 2019                                                            s/ S. B. DeCesare
                                                                                              *Issuing officer's signature*

City and state:   Valdosta, Georgia                                           S. B. DeCesare, Deputy Clerk
                                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 09-12-19 , and the person was arrested on *(date)*
at *(city and state)*

Date:

                                                                                              *Arresting officer's signature*

                                                                                              *Printed name and title*